**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

May 4, 2006

The Honorable Joel A. Pisano
District of New Jersey
Martin Luther King Federal Building
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE:   MCCRAY, Kevin         AKA Raheam
      Register Number: 07221-054
      Docket Number:   04-493 (JAP)

Dear Judge Pisano:

The above-referenced individual was admitted to the Mental Health Unit of this facility on April 23, 2006, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. McCray, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution. If this request is granted, the evaluation period will end on August 23, 2006. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/kf

(GRANTED)/DENIED (Circle One)

Signature: _____           DATE: 5/16/06
           District Judge Joel A. Pisano

cc:   Christopher Christie, Assistant United States Attorney
      David Glazer, Attorney